IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ALLSTATE INSURANCE COMPANY                                                    PLAINTIFF

V.                                                                            NO. 4:07cv155-A-S

WILLIE J. PERKINS, SR.,
SHERIEL PERKINS, AND WILLIE J. PERKINS, JR.                                   DEFENDANTS

**ORDER**

Pursuant to a memorandum opinion issued this day, the court upon due consideration of the Plaintiff's Motion for Summary Judgment finds that it shall be granted and the case dismissed.

Therefore, it is ORDERED that:

(1) Allstate's Motion for Summary Judgment [11] is GRANTED;

(2) Defendants' Motion for Summary Judgment [25] is DENIED;

(3) Allstate's Motion to Strike Defendants' Motion for Summary Judgment [9] is DENIED;

(4) Defendants' Appeal of the Magistrate Judge's Decision is also DENIED.

(5) Willie J. Perkins, Sr., is ordered to pay to the Clerk of the Court within seven (7) days of this order the sum of $350.00.

(6) This case is DISMISSED.

All memoranda, depositions, affidavits, and other matters considered by the court in granting the Plaintiff's Motion for Summary Judgment are hereby incorporated and made a part of this record in this cause.

SO ORDERED, this the 15th day of September, 2008.

                                                          /s/ Sharion Aycock
                                                          **U.S. DISTRICT JUDGE**